# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32650**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Larry D. CASTRO**
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 31 August 2021

————————————

*Military Judge:* Rebecca E. Schmidt.

*Sentence:* Sentence adjudged on 14 February 2020 by SpCM convened at Travis Air Force Base, California. Sentence entered by military judge on 9 March 2020: Bad-conduct discharge, confinement for 80 days, and reduction to E-1.

*For Appellant:* Major Alexander A. Navarro, USAF; Major Christopher C. Newton, USAF.

*For Appellee:* Lieutenant Colonel Matthew J. Neil, USAF.

Before POSCH, RICHARDSON, and CADOTTE, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d) (*Manual for Courts-Martial, United States* (2019 ed.)).

Accordingly, the approved findings and sentence are **AFFIRMED**.*

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court

---

* The Statement of Trial Results failed to include the command that convened the court-martial as required by R.C.M. 1101(a)(3). Appellant has not claimed prejudice and we find none. *See United States v. Moody-Neukom*, No. ACM S32594, 2019 CCA LEXIS 521, at *2–3 (A.F. Ct. Crim. App. 16 Dec. 2019) (unpub. op.) (per curiam).